
Kevin Hahn
Arizona Bar No. 024277
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
(800) 741-8806 Phone
(949) 252-1032 Fax
kevin@mclaw.org

Attorneys for OneWest Bank, FSB

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA, TUCSON DIVISION

| | |
|---|---|
| In re<br><br>James Michael Yarborough and Alexandra Yarborough,<br><br>Debtors. | Bankruptcy Case No. 4:11-bk-02974-EWH<br><br>Chapter 11<br><br>**ORDER ON MOTION TO APPROVE LOAN MODIFICATION AGREEMENT** |

The Court, having read and considered The Motion to Approve Loan Modification Agreement between OneWest Bank, FSB, and its successors and/or assigns ("Movant"), and James Michael Yarborough ("Debtor"); having determined that service was appropriate under the circumstances; no opposition having been filed; and good cause appearing,

IT IS HEREBY ORDERED that the Motion to Approve Loan Modification Agreement is

granted as follows:

1. Debtor is permitted to enter into and finalize the Loan Modification Agreement with Movant;

2. Movant shall retain the right of final approval of the terms of Debtor's Loan Modification Agreement;

3. Movant retains the right to reinstate its original terms in the event the Loan Modification Agreement is not finalized.

IT IS FURTHER ORDERED that the Loan Modification Agreement applies to the real property commonly known as 8106 N. Iron Ridge Drive, Tucson, AZ 85743.

**SIGNED AND DATED ABOVE.**

APPROVED AS TO FORM AND CONTENT:

/s/ *Kevin Hahn*
KEVIN HAHN
Arizona Bar No. 024277
2112 Business Center Drive, Second Floor
Irvine, California 92612
(800) 741-8806 Phone
Attorneys for OneWest Bank, FSB

RULE 4001-2(4)(e) CERTIFICATION

In accordance with Local Rule 4001-2(4)(e), counsel submitting this document certifies that that order accurately reflects the court's ruling and that:

__X__ No party filed an objection to the motion.